No. —, original. Ex parte United States ex rel. Senitha. Motion submitted November 25, 1929. Decided December 2, 1929. The motion for leave to file a petition for a writ of mandamus is denied. *Mr. Curley C. Hoffpauir* for petitioner.

No. —, original. Ex parte Rishel. Motion submitted November 25, 1929. Decided December 2, 1929. The motions for leave to file a petition for a writ of mandamus and for leave to proceed *in forma pauperis* are denied without prejudice. *Minnie Rishel, pro se,* for petitioner.